Argued and submitted October 30, reversed and remanded for new trial
November 18, 1987

STATE OF OREGON,
*Respondent,*

*v.*

TERESA ANN CRANE,
*Appellant.*

(CF 86-260; CA A43985)

744 P2d 1334

Lawrence J. Hall, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem,

Brenda Peterson, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Terry Ann Leggert, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals her conviction for driving while suspended. She contends that the court erred in denying her motion to suppress evidence obtained after a stop of the vehicle that she was driving. The state concedes that the stop was unlawful and that the motion should have been granted. We agree. *State v. Black,* 80 Or App 12, 721 P2d 842 (1986).

Reversed and remanded for a new trial.